U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    FEB 14 2020

U.S. District Court
CAROL L. MICHEL
CLERK

U.S. District Court Eastern District of Louisiana (New Orleans) CIVIL DOCKET FOR CASE #:

2:00-cv-01246-MBN  MAG 5

Cazenave, et al v. Foti, et al Assigned to: Magistrate Judge Michael North Demand: **Jury trial**

Cause: 42:1983 Civil Rights Act Date Filed: 04/25/2000 Date Terminated: 07/17/2008 Jury Demand: Plaintiff Nature of Suit: 440 Civil Rights: Other

Motion for reconsideration

Issue if the federal court allows plaintiff is under seal do to Louisiana State Court order the plaintiff to cause of action as a movant in class action case correct the Jurisdiction section: Federal Question?

If yes for reconsideration to get granted the judges must have all the fact but simple forgot rahsaan is under seal plaintiff and a federal question the plaintiff has to allege violation not the movant allege the violation.

Example the lawyers file a great cause of action for 42 : 1983 civil rights Act but the lawyer for got for a plaintiff to succeed on federal question on the question have to be listed on the docket sheet to the court jurisdiction is by statute is now found at 28 U.S.C. § 1331: not at : 42:1983 Civil Rights Act.

You know how if you are great at cook chicken then when you have company you cook chicken. The 1960s lawyers are great at civil right example brown v board of education but this case is not about civil rights this case is about the only issue:

whether or not In <u>United States</u> law, **federal question jurisdiction** is the <u>subject-matter</u> <u>jurisdiction</u> of <u>United States federal courts</u> to hear a <u>civil case</u> because the plaintiff has alleged a violation of the <u>United States Constitution</u>, <u>federal law</u>, or a <u>treaty</u> to which the United States is a party?

The only way for the plaintiff to prevail on federal question the plaintiff must demonstrate the judge have the subject matter jurisdiction to hear a civil case cause of action movant there is the issue movant allege a violation.. Rahsaan not a plaintiff the statue say plaintiff the federal court order rahsaan as movant. For the lawyer to win they got to prove rahsaan is plaintiff but to prove this the lawyer have to unseal a record the united states supreme court agree is under seal, this the same issue at state court judge Blankenship the federal court not the state court have it under seal the owner of 6704 court m. but since the owner is under seal the owner is the title movant not the title owner.

Article III of the United States Constitution permits federal courts to hear such cases, so long as the United States Congress passes a statute to that effect. However, when Congress passed the Judiciary Act of 1789, which authorized the newly created federal courts to hear such cases, it initially chose not to allow the lower federal courts to possess federal question jurisdiction for fear that it would make the courts too powerful. The Federalists briefly created such jurisdiction in the Judiciary Act of 1801, but it was repealed the following year, and not restored until 1875 the

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

FEB 14 2020

U.S. DISTRICT COURT
District of Louisiana
Deputy Clerk

TENDERED FOR FILING

statute is now found at 28 U.S.C. § 1331: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

Unlike diversity jurisdiction, which is based on the parties coming from different states, federal question jurisdiction no longer has any amount in controversy requirement—Congress eliminated this requirement in actions against the United States in 1976, and in all federal question cases in 1980. Therefore, a federal court can hear a federal question case even if no money is sought by the plaintiff.

To meet the requirement of a case "arising under" federal law, the federal question must appear on the face of the plaintiff's complaint. There has been considerable dispute over what constitutes a "federal question" in these circumstances, but it is now settled law that the plaintiff cannot seek the jurisdiction of a federal court merely because it anticipates that the defendant is going to raise a defense based on the Constitution, or on a federal statute. This "well-pleaded complaint" rule has been criticized by legal scholars, but Congress has so far chosen not to change the law, although the Supreme Court has made clear it is free to do so.

By Rahsaan Brandon Darden    *Rahsaan Brandon Darden*

cc I have served a copy of forgoing on District Attorney; by hand this 7th day of February 2020 on grounds whether or not In United States law, **federal question jurisdiction** is the subject-matter jurisdiction of United States federal courts to hear a civil case because the plaintiff has alleged a violation of the United States Constitution, federal law, or a treaty to which the United States is a party?

Cc United states district Judge Mary case 18-cv-04204

I had case in judge Blackburn court in Alabama and I sat in on her court once to see if I could get an understanding of how she thinks. She out blue stopped court and spoke how you are doing Rahsaan, the reason I granted summary judgment is because I don't have subject matter jurisdiction in the ups case. My reply I'm doing fine your honor. And I just listen to the case are going on. I started to say your honor may I correct you on something is my case is about not getting a union steward on appeal or righto sue from EEOC and NLRB and grievance as a result the issue at EEOC or NLRB is not a federal question as a result the issue at your court is not a federal question. As a result subject matter jurisdiction is not the issue unless the case originated somewhere other than EEOC or NLRB or grievance committee where discrimination is the issue not federal questions. I don't go to court cause I don't like the judges out blue talking to me when I'm not prepared

Rahsaan Brandon Darden
2140 Lane Avenue
Tarrant Alabama 35217-0000

BIRMINGHAM AL 350

10 FEB 2020 PM 2 L

FOREVER USA

Barn Swallow

Attention Mary Ann Vial Lemmon
Clerk office
United States District Court
Eastern District of Louisiana
New Orleans LA 70130

70130&9999

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

