UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GRETA CAZENAVE, ET AL.                                    CIVIL ACTION

VERSUS                                                   NUMBER:  00-1246

SHERIFF CHARLES C. FOTI, JR., ET AL.                     SECTION:  "A"(5)

## ORDER ON MOTION
## FEBRUARY 19, 2020

APPEARANCES:

MOTION:

(1)     Rashaan Brandon Darden's Motion for Reconsideration (Rec. doc. 224).

_____ :        Continued to

_____ :        No opposition.

_____ :        Opposition.

## ORDERED

_____ :        Dismissed as moot.

_____ :        Dismissed for failure of counsel to appear.

_____ :        Granted.

__1__ :        Denied as incomprehensible.

_____ :        Other.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE